1811.

*Philadelphia,
Saturday,
March 30.*

## THURSTON and another *against* MURRAY.

THIS cause having been tried while a rule to try or *non-pros* was in force against the plaintiffs, and the court having at the last term awarded a new trial, it was referred to their honours as a question generally interesting to the bar, as well as to the counsel in this case, whether this rule was to be considered as abrogated by the trial, or by a continuance upon the motion of the defendant.

TILGHMAN C. J. Although it seems fair that if the plaintiff has shewn himself ready to try, the rule should not afterwards be inforced against him, yet we think it will be most convenient to consider the rule as in force from the time it is taken, until the cause is concluded, because it puts both parties on the same footing. There has been a difference of opinion upon this subject, but the court now agree in adopting this as the construction of the rule.

*Dallas* for the plaintiffs.

*Tilghman* and *Ingersoll* for the defendant.

A rule to try or *non-pros*, is in force from the time it is taken, until the cause is concluded, notwithstanding the cause may have been once tried during the existence of the rule, or continued at the instance of the defendant.